USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/07

Cote/T

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DB STRUCTURED PRODUCTS, INC.

                 Plaintiff,

– against –

IFREEDOM DIRECT CORPORATION,
f/k/a NEW FREEDOM MORTGAGE
CORPORATION

                 Defendant.

ECF CASE

07 CV 4127 (DLC)

STIPULATION
AND ORDER

---

**IT IS HEREBY STIPULATED AND AGREED** by and between undersigned counsel that Defendant's time to answer or otherwise move against the Complaint is extended to and through July 6, 2007.

**THACHER PROFFITT & WOOD LLP**

By: _____
John P. Doherty (JD-3275)
Richard F. Hans (RH-0110)
Kerry Ford Cunningham (KF-1825)
Brendan E. Zahner (BZ-8645)
Attorneys for Plaintiff
Two World Financial Center
New York, New York 10281
(212) 912-7400

**BLANK ROME LLP**

By: _____
Kenneth L. Bressler, Esq. (KB-3389)
Attorneys for Defendant
405 Lexington Avenue
New York, New York 10174
(212) 885-5000

SO ORDERED:

_____
U.S.D.J.
June 26, 2007