```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____            │
│ DATE FILED: 7/3/07          │
└─────────────────────────────┘
```

CLOSED.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DB STRUCTURED PRODUCTS, INC.

                Plaintiff,

– against –

IFREEDOM DIRECT CORPORATION,
f/k/a NEW FREEDOM MORTGAGE
CORPORATION

                Defendant.

ECF CASE

07 CV 4127 (DLC)

**STIPULATION AND ORDER**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between undersigned counsel that Defendant's time to answer or otherwise move against the Complaint is extended to and through July 20, 2007.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** by and between undersigned counsel that Defendant will not contest proper service of the Summons and Complaint.

**THACHER PROFFITT & WOOD LLP**

By: _____
John P. Doherty (JD-3275)
Richard F. Hans (RH-0110)
Kerry Ford Cunningham (KF-1825)
Brendan E. Zahner (BZ-8645)
Attorneys for Plaintiff
Two World Financial Center
New York, New York 10281
(212) 912-7400

**BLANK ROME LLP**

By: _____ (with permission)
Kenneth L. Bressler, Esq. (KB-3389)
Attorneys for Defendant
405 Lexington Avenue
New York, New York 10174
(212) 885-5000

SO ORDERED:

_____
U.S.D.J.

July 3, 2007