UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
DB STRUCTURED PRODUCTS, INC.,                )    **ECF CASE**
                                             )
                    Plaintiff,               )
                                             )    07 Civ. 4127 (DLC)
      -against-                              )
                                             )    **AFFIDAVIT OF SERVICE**
IFREEDOM DIRECT CORPORATION,                 )
f/k/a NEW FREEDOM MORTGAGE                   )
CORPORATION                                  )
                                             )
                    Defendant.               )
------------------------------------------------------------------x

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

JACKELINE N. NOVIKOV-CARLES, being duly sworn, deposes and says that deponent is not a party to this action, is over eighteen years of age and has a business address at Two World Financial Center, New York, New York 10281.

On July 20, 2007, deponent served a copy of the Notice of Initial Pretrial Conference dated June 20, 2007 by depositing a true and correct copy of same into the custody of the United States Postal Service, enclosed in a properly addressed postage prepaid envelope to:

IFreedom Direct Corporation
f/k/a New Freedom Mortgage Corporation
Attn: Mike Rasmussen
2363 S. Foothill Drive, Suite 200
Salt Lake City, UT 84109

JACKELINE N. NOVIKOV-CARLES

Sworn to before me this
23rd day of July 2007

Notary Public
CONNIE LEE
NOTARY PUBLIC, State of New York
No. 01LE50225914
Qualified in Kings County
Commission Expires April 4, 2010