UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
DB STRUCTURED PRODUCTS, INC.,

                    Plaintiff,

    -against-

IFREEDOM DIRECT CORPORATION,
f/k/a NEW FREEDOM MORTGAGE
CORPORATION

                    Defendant.
----------------------------------------------------------------x

**ECF CASE**

07 Civ. 4127 (DLC)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                           ) ss.:
COUNTY OF NEW YORK   )

      JACKELINE N. NOVIKOV-CARLES, being duly sworn, deposes and says that deponent is not a party to this action, is over eighteen years of age and has a business address at Two World Financial Center, New York, New York 10281.

      On July 25, 2007, deponent served a copy of the Notice of Initial Pretrial Conference dated June 20, 2007 by depositing a true and correct copy of same into the custody of the United States Postal Service, enclosed in a properly addressed postage prepaid envelope to:

                                    Kenneth L. Bressler
                                    Blank Rome LLP
                                    The Chrysler Building
                                    405 Lexington Avenue
                                    New York, NY 10174

                                    _____
                                    JACKELINE N. NOVIKOV-CARLES

Sworn to before me this
25 day of July 2007

_____
Notary Public
CONNIE LEE
NOTARY PUBLIC, State of New York
No. 01LE50225914
Qualified in Kings County
Commission Expires April 4, 2010