UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DB STRUCTURED PRODUCTS, INC.<br><br>Plaintiff,<br><br>– against –<br><br>IFREEDOM DIRECT CORPORATION,<br>f/k/a NEW FREEDOM MORTGAGE<br>CORPORATION<br><br>Defendant. | ECF CASE<br><br>07 CV 4127 (DLC)<br><br>STIPULATION<br>AND ORDER |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the above captioned litigation is hereby dismissed with prejudice as to the claims relating to the Thomas Loan (#7717432) and without prejudice as to all other claims. All parties shall bear their own attorneys' fees, costs and disbursements associated with this action.

THACHER PROFFITT & WOOD LLP

By: _____
John P. Doherty (JD-3275)
Richard F. Hans (RH-0110)
Kerry Ford Cunningham (KF-1825)
Brendan E. Zahner (BZ-8645)
Attorneys for Plaintiff
Two World Financial Center
New York, New York 10281
(212) 912-7400

BLANK ROME LLP

By: _____ (with permission)
Kenneth L. Bressler, Esq. (KB-5389)
Attorneys for Defendant
405 Lexington Avenue
New York, New York 10174
(212) 885-5000

SO ORDERED:

_____
U.S.D.J.
July 31, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/07