UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
DB STRUCTURED PRODUCTS, INC.,          :
                                        :   07 CIV. 4106(DLC)
                    Plaintiff,          :   (KNF)*
                                        :
       -v-                              :
                                        :            ORDER OF
MORTGAGE CORPORATION OF AMERICA, INC.,  :       REFERENCE TO A
d/b/a ZONE FUNDING,                     :       MAGISTRATE JUDGE
                    Defendant.          :
----------------------------------------  :
DB STRUCTURED PRODUCTS, INC.,          :
                                        :   07 CIV. 4109
                    Plaintiff,          :
                                        :
       -v-                              :
                                        :
BALTIMORE AMERICAN MORTGAGE             :
CORPORATION, INC.,                      :
                    Defendant.          :
----------------------------------------  :
DB STRUCTURED PRODUCTS, INC.,          :
                                        :
                    Plaintiff,          :   07 CIV. 4115
                                        :
       -v-                              :
                                        :
FIRST CAPITAL MORTGAGE CORP.,          :
                                        :
                    Defendant.          :
----------------------------------------  :
DB STRUCTURED PRODUCTS, INC.,          :
                                        :   07 CIV. 4116
                    Plaintiff,          :
                                        :
       -v-                              :
                                        :
ACT LENDING CORPORATION,               :
                                        :
                    Defendant.          :
----------------------------------------  :
DB STRUCTURED PRODUCTS, INC.,          :
                                        :
                    Plaintiff,          :   07 CIV. 4118
                                        :
       -v-                              :
                                        :
COMMONSENSE MORTGAGE CORPORATION, INC., :
                                        :
                    Defendant.          :

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8 13 07

```
----------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,             :
                                          :
                    Plaintiff,            :    07 CIV. 4119
                                          :
        -v-                               :
                                          :
LENDER, LTD.,                             :
                    Defendant.            :
----------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,             :
                                          :
                    Plaintiff,            :    07 CIV. 4120
                                          :
        -v-                               :
                                          :
MARIBELLA MORTGAGE, LLC,                  :
                                          :
                    Defendant.            :
----------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,             :
                                          :
                    Plaintiff,            :    07 CIV. 4121
                                          :
        -v-                               :
                                          :
LANCASTER MORTGAGE BANKERS, LLC,          :
                                          :
                    Defendant.            :
----------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,             :
                                          :    07 CIV. 4122
                    Plaintiff,            :
                                          :
        -v-                               :
                                          :
GREAT NORTHERN FINANCIAL GROUP, INC.,     :
                                          :
                    Defendant.            :
----------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,             :
                                          :
                    Plaintiff,            :    07 CIV. 4123
                                          :
        -v-                               :
                                          :
INVESTAID CORPORATION,                    :
                                          :
                    Defendant.            :
----------------------------------------- :
```

```
DB STRUCTURED PRODUCTS, INC.,              :
                                           :
                        Plaintiff,         :   07 CIV. 4124
                                           :
        -v-                                :
                                           :
CAMERON FINANCIAL GROUP, INC.,             :
                                           :
                        Defendant.         :
--------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,              :
                                           :
                        Plaintiff,         :   07 CIV. 4125
                                           :
        -v-                                :
                                           :
TRANSNATIONAL FINANCIAL NETWORK, INC.,     :
                                           :
                        Defendant.         :
--------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,              :
                                           :
                        Plaintiff,         :   07 CIV. 4126
                                           :
        -v-                                :
                                           :
BAYROCK MORTGAGE CORPORATION,              :
                                           :
                        Defendant.         :
--------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,              :
                                           :
                        Plaintiff,         :   07 CIV. 4127
                                           :
        -v-                                :
                                           :
IFREEDOM DIRECT CORPORATION, f/k/a NEW     :
FREEDOM MORTGAGE CORPORATION,              :
                                           :
                        Defendant.         :
--------------------------------------X
```

DENISE COTE, District Judge:

    The above entitled action is referred to the designated
Magistrate Judge for the following purpose(s):

___ General Pretrial (includes        _____   Consent under 28 U.S.C.
    scheduling, discovery, non-                 Section 636(c)
    dispositive pretrial                        for all purposes (including
    motions, and settlement)                    trial)

____ Specific Non-Dispositive
     Motion/Dispute*

_____ Consent under 28 U.S.C.
        Section 636(c) for limited
        purpose (e.g., dispositive
        motion, preliminary
        injunction

        Purpose:

____

____

____

If referral is for discovery    _____ Habeas Corpus
disputes when  the District
Judge is unavailable, the
time period of the referral:

 X  Settlement*                  _____ Social Security

____ Inquest After               ____ Dispositive Motion (i.e.,
     Default/Damages Hearing           motion requiring a Report
                                       and Recommendation)

                                 Particular Motion:

*    Do not check if already referred for general pretrial.

     **SO ORDERED:**

DATED:    New York, New York
          August 10, 2007        _____
                                 DENISE COTE
                                 United States District Judge

4