UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
DB STRUCTURED PRODUCTS, INC.,              :       07 CIV. 4127 (DLC)
                                           :
                 Plaintiff,                :       ORDER
                                           :
        -v-                                :
                                           :
IFREEDOM DIRECT CORPORATION, f/k/a NEW     :
FREEDOM MORTGAGE CORPORATION,              :
                                           :
                 Defendant.                :
                                           :
-------------------------------------------X
DENISE COTE, District Judge:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/07

        On August 10, 2007 a Pretrial Scheduling Order and an Order

of Reference to a Magistrate Judge were issued in the above-

captioned case.  This case was dismissed on July 31, 2007

pursuant to a Stipulation and Order of Dismissal.  Accordingly,

        IT IS HEREBY ORDERED that the August 10, 2007 Pretrial

Scheduling Order is vacated and the Order of Reference is

withdrawn.


Dated:    New York, New York
          August 22, 2007

                              _____
                                       DENISE COTE
                              United States District Judge